**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     Civil No. 3:26-cv-156 |
| | )     Judge Trauger |
| THE ENTITIES, PARTNERSHIPS, AND | ) |
| UNINCORPORATED ASSOCIATIONS | ) |
| LISTED ON SCHEDULE A, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The plaintiff is seeking a temporary restraining order in this case based upon alleged copyright infringement of *photographs* of a product that she allegedly created and markets. She does not allege that the product itself is protected - only photographs of the product. She seeks relief against 446 defendants who have allegedly violated her copyright-protected photographs.

The court is unable to rule upon the request for a temporary restraining order unless it can assure itself that a particular protected photograph has been utilized by a particular defendant. Therefore, the court will await side-by-side evidence demonstrating that a particular defendant has violated the plaintiff's copyright in a particular photograph. The allegation that "Many unauthorized listings display images that closely mimic or directly copy Plaintiff's copyrighted promotional materials" (Doc. No. 7 at 4) is simply insufficient.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge