|  |  |  |
|---|---|---|
| AMANDA FITTERER D/B/A CREATIVE PLANNER VIBES, | ) ) ) ) | Case No.: 3:26-cv-00156 |
| Plaintiff, | ) ) ) | Judge: Aleta A. Trauger |
| v. | ) ) | Magistrate Judge: |
| THE ENTITIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS LISTED ON SCHEDULE A, | ) ) ) ) ) | **JURY DEMAND** |
| Defendants. |  |  |

## ORDER EXTENDING TEMPORARY RESTRAINING ORDER AND RESCHEDULING SHOW CAUSE HEARING

This matter comes before the Court on Plaintiff Amanda Fitterer d/b/a Creative Planner Vibes ("Plaintiff")'s Motion to Extend Temporary Restraining Order (the "Motion"), filed pursuant to Federal Rule of Civil Procedure 65(b)(2). Plaintiff seeks an extension of the Ex Parte Temporary Restraining Order ("TRO") entered on March 25, 2026 (Doc. No. 29).

The Court has reviewed the Motion and Memorandum in Support and the arguments set forth therein.

Based on the information presented, the Court finds that good cause exists to extend the Temporary Restraining Order and reschedule the show cause hearing. The Court further finds that the conditions and circumstances that justified the issuance of the initial ex parte TRO, including the likelihood of success on the merits, the risk of irreparable harm, the balance of equities, and the public interest in preventing ongoing infringement, continue to obtain. An extension is necessary to provide Plaintiff with a meaningful opportunity to execute service and

1

ensure Defendants are properly notified of these proceedings and have the opportunity to be heard.

Accordingly, for good cause shown, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion to Extend Temporary Restraining Order is **GRANTED**.

2. The Ex Parte Temporary Restraining Order entered on March 25, 2026 (Doc. No. 29) is hereby **EXTENDED** for an additional period of fourteen (14) days. ~~from the date this Order is entered.~~

3. The Show Cause Hearing regarding Plaintiff's request for a preliminary injunction, previously scheduled for April 8, 2026, is **RESCHEDULED**. The hearing is now **SET** for **April 22, 2026, at 3:00 p.m. in Courtroom 6C.**

4. All other provisions, terms, and directives of the Court's Ex Parte Temporary Restraining Order (Doc. No. 29) shall remain in full force and effect throughout the extended period of the TRO unless otherwise modified by subsequent order of the Court.

5. Plaintiff shall effect service of this Order, along with the extended TRO, the Summons, Complaint, and other initiating documents, upon Defendants and relevant third parties as soon as practicable.

IT IS SO ORDERED.

ENTERED this 7th day of April 2026.

_____

ALETA A. TRAUGER
U.S. DISTRICT JUDGE
