Motion GRANTED.
The hearing is reset for 5/4/2026 at 3:30 p.m.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| AMANDA FITTERER D/B/A CREATIVE PLANNER VIBES, | ) ) ) | Case No.: 3:26-cv-00156 |
| Plaintiff, | ) ) | Judge: Aleta A. Trauger |
| v. | ) ) | Magistrate Judge: |
| THE ENTITIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS LISTED ON SCHEDULE A, | ) ) ) ) ) | **JURY DEMAND** |
| Defendants. | ) | |

<u>**PLAINTIFF'S EX PARTE MOTION TO CONTINUE PRELIMINARY INJUNCTION HEARING**</u>

Plaintiff Amanda Fitterer d/b/a Creative Planner Vibes ("Plaintiff"), respectfully moves this Court for a brief one-week continuance of the hearing on Plaintiff's forthcoming Motion for Preliminary Injunction, currently scheduled for April 22, 2026 at 3:00 p.m. In support, Plaintiff states as follows:

On March 25, 2026, this Court entered an Ex Parte Temporary Restraining Order (Doc. No. 29) against the defendants identified on Schedule A. On April 7, 2026, this Court granted Plaintiff's motion to extend the TRO (Doc. No. 33), rescheduling the show-cause hearing on the preliminary injunction for April 22, 2026 at 3:00 p.m.

Plaintiff must serve each defendant by alternative means before that defendant can be made subject to a preliminary injunction. Plaintiff has served the TRO on numerous third-party e-commerce platforms and payment processors and has been working diligently to obtain, through expedited discovery, the seller contact information (including email addresses) necessary to effectuate service on each defendant.

While most platforms have timely produced the necessary seller contact information,