| | | |
|---|---|---|
| AMANDA FITTERER D/B/A CREATIVE PLANNER VIBES, | ) ) ) | Case No.: 3:26-cv-00156 |
| Plaintiff, | ) ) | Judge: Aleta A. Trauger |
| v. | ) ) | Magistrate Judge: |
| THE ENTITIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS LISTED ON SCHEDULE A, | ) ) ) ) | **JURY DEMAND** |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT NOS. 64, 133, 139, 168, 179, 184, 207, 238, 248, 424, AND 429**

Plaintiff, AMANDA FITTERER D/B/A CREATIVE PLANNER VIBES ("Plaintiff'), by and through its undersigned counsel, hereby files this Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) as to Defendant Nos. 64, 133, 139, 168, 179, 184, 207, 238, 248, 424, and 429.

## I.     Dismissal of Settled Defendants (With Prejudice)

Plaintiff voluntarily dismisses all claims asserted in this action against Defendant No. 64, apprunyan; Defendant No. 133, ETUIH; Defendant No. 139, Turn-Up; Defendant No. 168, KUKAKO; Defendant No. 179, HUSFGXHBGF; Defendant No. 184, YiWuShiAnYeHua; Defendant No. 207, Pownvtr; Defendant No. 238, ink2055; Defendant No. 248, HOGAOTIS; Defendant No. 424, Jink-US; and Defendant No. 429, HomeCozy Co.Ltd. This dismissal is WITH PREJUDICE.

## II.    Scope of Dismissal

This Notice of Voluntary Dismissal applies only to the Defendant[s] specifically identified above: Defendant Nos. 64, 133, 139, 168, 179, 184, 207, 238, 248, 424, and 429.

This dismissal does not affect Plaintiff's claims against any other Defendant in this action.

### III.  Conclusion

Plaintiff respectfully requests that the Clerk of the Court note on the docket the dismissal of all claims against Defendant[s] No[s]. 64, 133, 139, 168, 179, 184, 207, 238, 248, 424, and 429 **WITH PREJUDICE.**

Dated: April 22, 2026

Respectfully submitted,

/s/ *G. Edward Powell III*

G. Edward Powell III (CA Bar #324530)
Chanelle Acheson (TN BPR #30008)
W. David Bridgers (TN BPR #16603)
**Waddey Acheson LLC**
1030 16th Ave S, Suite 300
Nashville, TN 37212
615-839-1100
ed@waddeyacheson.com
Counsel for Plaintiff Amanda Fitterer d/b/a Creative Planner Vibes

2

# CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2026, a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT NOS. will be served upon the Defendants listed in Schedule A to the Complaint on any party that has appeared via ECF or via the alternative methods of service previously employed in this case, including service by electronic mail to the email addresses identified for each Defendant and/or by publication.

/s/ *G. Edward Powell III*
G. Edward Powell III (CA Bar #324530)

3