| | | |
|---|---|---|
| AMANDA FITTERER D/B/A CREATIVE PLANNER VIBES, | ) ) ) | Case No.: 3:26-cv-00156 |
| Plaintiff, | ) ) | Judge: Aleta A. Trauger |
| v. | ) ) | |
| THE ENTITIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS, LISTED ON SCHEDULE A, Defendants. | ) ) ) ) | |

**PRELIMINARY INJUNCTION ORDER**

This matter came before the Court on Plaintiff Amanda Fitterer d/b/a Creative Planner Vibes ("Plaintiff")'s Motion for a Preliminary Injunction (D.E.41) against certain Defendants identified on the original Schedule A to the Complaint, who are more specifically identified in Exhibit A attached hereto (the "Subject Defendants").

Having considered Plaintiff's Motion, the supporting Memorandum of Law, the Declarations of Angela Karas with accompanying exhibits, the entire record in this action, including the evidence and arguments previously presented in support of the Temporary Restraining Order (D.E. 29) (the "TRO") and any extensions thereof, and any response or lack thereof from the Subject Defendants who were duly served with notice of action and the hearing on this Motion, the Court FINDS as follows:

I.      **FINDINGS OF FACT AND CONCLUSIONS OF LAW**

1.  The Court incorporates by reference its Findings of Fact and Conclusions of Law set forth in the Temporary Restraining Order entered on March 25, 2026 (D.E. 29).

1

2. Plaintiff has presented substantial evidence that the Subject Defendants, operating primarily from foreign jurisdictions such China, utilize anonymity to facilitate their infringement of Plaintiff's intellectual property rights and to shield their assets—primarily funds held in e-commerce platform and payment processor accounts—from recovery.

3. Plaintiff has demonstrated that service of the Summons, Complaint, and TRO was effected upon the Subject Defendants through alternative means, consistent with Fed. R. Civ. P. 4(f)(3). The Subject Defendants have had notice and an opportunity to be heard.

4. Based on the foregoing, and the entire record, Plaintiff has met its burden for the issuance of a preliminary injunction against the Subject Defendants.

Accordingly, **IT IS HEREBY ORDERED**:

**II.     PRELIMINARY INJUNCTION**

**A. Enjoined Conduct.** Effective immediately and pending final judgment in this action or further order of this Court, the Subject Defendants (identified in Exhibit A hereto), their officers, agents, servants, employees, attorneys, and all other persons acting in concert or participation with them are hereby **ENJOINED** from:

1. ~~Advertising, promoting, distributing, offering for sale, or selling any counterfeit or infringing products containing Plaintiff's copyrighted works;~~

2. Using Plaintiff's copyrighted Creative Planner Vibes planner stencil images, or any reproduction, counterfeit, copy, or colorable imitation thereof, ~~or any of the Plaintiff's copyrighted works or derivatives thereof~~, in connection with the distribution, advertising, offer for sale, or sale of merchandise;

3. Moving, destroying, or otherwise disposing of any items, packaging, or documents relating to ~~the manufacture, distribution, or sale of counterfeit Creative Planner Vibes planner stencils or~~ the use of Plaintiff's copyrighted works;

4. Removing, destroying, or otherwise concealing computer files, email correspondence, or other records related to Defendants' infringing activities; and

5. Transferring, encumbering, spending, or otherwise disposing of any funds connected to the ~~sale of counterfeit or~~ infringing of Creative Planner Vibes ~~products~~ copyrighted works.

## III.      EXPEDITED DISCOVERY

A. Third parties served with valid subpoenas or discovery requests shall produce responsive documents and information to Plaintiff as required by law.

## IV.      SERVICE OF FUTURE DOCUMENTS

A. Plaintiff is authorized to continue to serve the Subject Defendants with all subsequent Court papers in this action by alternative means, including email transmission and electronic messaging on platforms.

B. Such service shall be deemed effective and complete when made.

## V.      SECURITY BOND

The $5,000 security bond already posted to secure the TRO is deemed sufficient in light of the strength of Plaintiff's showing of likelihood of success on the merits, the balance of the equities, and the public interest.

## VI.      DURATION OF ORDER

This Preliminary Injunction Order shall take effect immediately upon entry and shall remain in full force and effect pending final judgment in this action or further order of this Court.

## VII.   OTHER PROVISIONS

A. Nothing in this Order shall prevent the Court from granting further extensions or modifications in accordance with Rule 65 or other applicable law.

B. Upon two (2) business days' written notice to the Court and to Plaintiff's counsel, any subject Defendant or affected third party may appear and move to dissolve or modify the provisions of this Order, making a proper showing as required by law.

**IT IS SO ORDERED.**

_____
ALETA  A. TRAUGER
U.S. DISTRICT JUDGE

4

**EXHIBIT A**
**TO PRELIMINARY INJUNCTION ORDER SUBJECT**
**DEFENDANTS**

The following Defendants, identified by their corresponding number on the original

Schedule A to the Complaint and their listed identifiers, are subject to this Preliminary Injunction

Order:

| No. | Defendant Name | Merchant ID |
| --- | --- | --- |
| 1 | Lolita's New Home Fashion | 1101175568 |
| 2 | JMING's HE Decor Store | 1101262458 |
| 3 | Me Tool Store | 1101267014 |
| 4 | AE11 3C Dropship Store | 1101315573 |
| 5 | Shop5007072 Store | 1101321188 |
| 6 | City Shop Store | 1101321219 |
| 7 | SERVICE12 Store | 1101330006 |
| 8 | 3K Digital Store | 1101330441 |
| 9 | SLTQ HC Store | 1101345612 |
| 10 | Fantasy House Store | 1101353923 |
| 11 | David A+a Store | 1101362012 |
| 12 | Elegance Life 8 Store | 1101362625 |
| 13 | YJ HomeDecor Store | 1101397940 |
| 14 | SHUN de Store | 1101401300 |
| 15 | ATDOUBLE1 Store | 1101402450 |
| 16 | Consumption day Store | 1101403363 |
| 17 | Peking Universal Store | 1101414215 |
| 18 | Lighten Your Life Store | 1101414703 |
| 19 | TOP-TECH Store | 1101539176 |
| 20 | Goodgood98 Store | 1101541759 |

| No. | Defendant Name | Merchant ID |
|---|---|---|
| 21 | Whitewasher Store | 1101662740 |
| 22 | FL Lifestyle Store | 1101760230 |
| 23 | Wow-House Store | 1101773139 |
| 24 | MUKOO Store | 1101808278 |
| 25 | Amnesia Store | 1101838096 |
| 26 | liloading Store | 1101839056 |
| 27 | LUOSHEN98 Store | 1101843821 |
| 29 | Ssdmhy Store | 1101932503 |
| 30 | Art Making Tools Store | 1101939745 |
| 31 | KitchenMagic Store | 1101943508 |
| 32 | Yiteen Store | 1101961158 |
| 33 | You Belong With Me Store | 1101980366 |
| 34 | Shop1100062033 Store | 1101983523 |
| 35 | Xinxin Daily Use Store | 1101983922 |
| 36 | Care 4 You Store | 1101984677 |
| 38 | Kitchenware Department Store | 1102488181 |
| 39 | Sunshine Rabbit Store | 1103037501 |
| 40 | Cantus Store | 1103267465 |
| 41 | Photography Supply Store | 1103602166 |
| 42 | Shop1103620112 Store | 1103619136 |
| 43 | Speedy 3C Store | 1103622054 |
| 44 | ShenSu Store | 1103714527 |
| 45 | Your Home Store Store | 1103746051 |
| 46 | Sunshine Anju Store | 1103753014 |
| 47 | InovaTec Store | 1103894011 |

| No. | Defendant Name | Merchant ID |
|---|---|---|
| 48 | Bubble&#39;s Life Store | 1103938330 |
| 49 | Secret 1999 Store | 1103997711 |
| 50 | Shop1104061206 Store | 1104067202 |
| 51 | Bolulu Studio Store | 1104128917 |
| 52 | YC23 Store | 1104186179 |
| 53 | Shop1104197161 Store | 1104188188 |
| 54 | Shop1104199172 Store | 1104199173 |
| 55 | LumaTech And BoltHub Store | 1104559496 |
| 56 | Shop1104626671 Store | 1104627633 |
| 57 | Shop1104637665 Store | 1104627634 |
| 58 | Vezor Store | 1104700580 |
| 59 | ZF 3C Store | 1104722077 |
| 60 | Shop1104752103 Store | 1104762043 |
| 61 | zheng zhou mu han | A10KP99IGYFXF7 |
| 62 | HAtmall | A110S4JVGMSBJB |
| 63 | ruyin-us | A112VLOI9ERW1P |
| 65 | Xliaan | A14VD4SF9A0KPD |
| 66 | txhkjmaoyi | A14VUY7L1IPPF6 |
| 67 | OUCHUAN | A1601Z97GKYQIH |
| 68 | xiamenshiqingbaimaoyiyouxiangongsi | A1635VE2MXMA4F |
| 69 | HaoMiaoxiaodina | A16ZQM9OLJV0PC |
| 70 | gongming us store | A19NQLPEKP1NBV |
| 71 | JoyRideS | A19RPD6MI7M1IL |
| 72 | FAYUNFAYUN | A19RWJHJMHPSQ D |

Case 3:26-cv-00156    Document 43    Filed 05/04/26    Page 7 of 22 PageID #: 1655

| No. | Defendant Name | Merchant ID |
|---|---|---|
| 73 | Luanhu | A1AL19OHT3OIVZ |
| 74 | quanzhoushichangpengbaozhuangyouxiangongsi | A1BQY1MIMBGNKF |
| 75 | xunyoulokeji | A1C5W0DC10Z22W |
| 76 | DNLUS | A1C6YE7I5U64P4 |
| 77 | gulujiang | A1E27XE21AO715 |
| 78 | 中晟出海跨境 | A1E3U938HMDUDI |
| 79 | XGJMY | A1EZOEJ3O1HJH6 |
| 80 | HuiJing-US | A1GD69X5DG6FDE |
| 81 | chuangwei | A1GL3A0RV9AX8K |
| 82 | zhengqiong | A1GN63O31BBDD5 |
| 83 | XingTaiJunRuanKeJiYouXianGongSi | A1H06EGK4S7TF7 |
| 84 | Sancike | A1HRHPLALVEQ9U |
| 85 | FengLiu - US | A1HRPRNAEFI4O2 |
| 87 | MUADUTYY | A1JPD6ECJH4R29 |
| 88 | ShanXiYuFanKeJiYouXianGongSi | A1JRCE4APM151P |
| 89 | ZHPEFEI | A1L95F1T1A2G0N |
| 90 | jiucong | A1LCP9OFPOJV6J |
| 91 | XuanMeiFuZhuang | A1M5F5KH7QYH73 |
| 92 | yongchunfushunmaoyiyouxiangongsi | A1MAZWABYU6FNH |
| 93 | YuZhouShiHongYangZhongZhiJiaTingNongChang | A1MU06ZPBQFJVV |
| 94 | Daomap | A1ND5CAWBG3690 |
| 95 | YABS-US | A1NDT3GGXLPPYY |

8

| No. | Defendant Name | Merchant ID |
|---|---|---|
| 96 | Gliselta | A1NUI8Y331IZXW |
| 97 | 赣州橙品电商有限公司 | A1NXSEIXH7ND0G |
| 98 | TOOPUU | A1O32BD1UW0KSQ |
| 99 | JINGFENU | A1OIUIMASICEWV |
| 100 | Jiang Good | A1POWGL6BX02U |
| 101 | Zhengzhou Comn on Baby Technology Co., Ltd | A1Q6JFP5WRDB6 |
| 102 | ZMQNNOP | A1Q8XO2X547X3W |
| 103 | zhifuranya | A1QOBNVM5TOZP2 |
| 104 | Feirorty | A1QOJDO0BPKIE9 |
| 105 | XIAOshen | A1QSFMEYB0LSXD |
| 106 | WHAOHW | A1R5GQ0MXZQU2P |
| 107 | HuangMeiXianZiCenGeShangMaoYouXianGongSi | A1RJBOWDU3B797 |
| 108 | HEIDUO | A1RV0X0UW4DBJH |
| 109 | ShangHuiM | A1RYYC96IMNVRQ |
| 110 | Shawleyard | A1V5BWX66YAY0X |
| 111 | YIKUNSHANGMAO | A1V7ZPLF1AHTJX |
| 112 | jingyudianzishangwuyouxian | A1XJQEURVUXKI5 |
| 113 | mengxiangqidong65 | A1Y2K0C62XUKK5 |
| 114 | MakingBank | A1ZNAP0BPS7879 |
| 115 | Duwen76 | A21NCTV2HE06YI |

| No. | Defendant Name | Merchant ID |
|---|---|---|
| 116 | XIAOYWDPDM | A21Q3NSKN1QIK6 |
| 117 | city gaga | A21QEIXNTPNI8Y |
| 118 | JHC Trade | A21VW7GEZWOJWC |
| 119 | 灿怖臊 | A22SOUGFTOSWC7 |
| 120 | Ernhds | A25OH52CFYPAY0 |
| 123 | jianlingjianzhuyouxiangongsi | A26L1GDOH7OVY9 |
| 124 | xinruidastore | A26RDEGCQLV7NS |
| 125 | Vitostores | A2735ETU3LTXZX |
| 126 | yaokuo | A28TDNHNZK77IW |
| 127 | 京房勇士(北京)人力资源服务有限公司 | A28U80EWZRYCF7 |
| 129 | Sukkai | A29YUY8D66W7E9 |
| 130 | LKC--USA | A2AGHZJTFG8PUX |
| 131 | YSTPack | A2B1PDADR9967B |
| 134 | wangjingjing9004 | A2CLR09FJZZ3C6 |
| 135 | ruihanqiu | A2D6HW1SO4JVSW |
| 136 | cumaishop | A2DXGFHABN62SN |
| 137 | WynTkia Direct(7-15 Delivery) | A2EKAW616NFDE6 |
| 138 | damaidamaiUS | A2ERJEJ73U4GP4 |
| 140 | TongChengZhenChengZhen | A2FLOVN3ZVQ27U |
| 141 | quanxima | A2G33NG14DVMO2 |
| 142 | zonghe(7-15 days delivery) | A2GC01NTBKVS2N |
| 143 | wuqianli | A2GIANOYI31Q9D |

| No. | Defendant Name | Merchant ID |
|---|---|---|
| 145 | throughgoods | A2HH11RQCB7VGO |
| 146 | Vulvv(7-14 Days Delivery) | A2LEUTTW4MHP7P |
| 147 | xujiudianzi | A2MVMYK2AEOYF9 |
| 148 | zhengbingwei4655 | A2MX4E0OEAAWXD |
| 149 | 泫音乐器销售 | A2P28CIHNNP47 |
| 150 | FLZKE | A2PCQ6WA0EL221 |
| 151 | Quicci  us | A2PHJL49Z5ZVP8 |
| 152 | DongGuanQuanBaoYi | A2Q6PMIGXJDA4I |
| 153 | JinXuanHui | A2QGJ5AHQ8WXRD |
| 155 | ChenOuDianZi | A2S4WETA40FKR7 |
| 156 | JiYuanShiZhengJieShiCaiYouXianGongSi | A2S6LM8J2JHHS2 |
| 157 | Angus baihuo | A2TMWHJ67ALSBX |
| 158 | quanzhoufengzezanlaomajiacanyinstore | A2TQOYDY39ONWF |
| 159 | nanyangzeyushangmaoyouxiangongsi | A2UJJ18DLH89GD |
| 160 | ARLIESG US | A2V9WP4MQH6IER |
| 162 | Hawyet | A2WGAD5CCGVU1 |
| 163 | tengyon | A2WIDTN5CZ39DS |
| 164 | CONGANSHOP | A2XZ0N164QE77A |
| 165 | Uiwo888wo | A2Z2IXJX3FIUHZ |
| 166 | hongpei | A307IO7XAE49KI |

11

| No. | Defendant Name | Merchant ID |
| --- | --- | --- |
| 169 | YangYiShiPin | A34BSCRY35U5NP |
| 171 | XZBBZSTORE | A36BC11SXBMSIN |
| 172 | ZANG-US | A36O7MXKSQ0YD2 |
| 173 | LXAIOM | A3708AT8PCR9WF |
| 174 | ZZYKDA | A371C43K8HJDMB |
| 175 | LINJINSHOP | A37GNTRY5JZGD |
| 176 | Elise 7-10 Delivered | A37JR894OOIKYK |
| 177 | ShengYuanNon | A38KCC0AJ3KBPX |
| 180 | jinjiangshiyixuandianzishangwuyouxiangongsi | A3ARNXNZJ8QTX0 |
| 181 | LuChangTongPiGeXiuLi | A3C2XW98D2H530 |
| 182 | XZCSHOP | A3DI9HO5RECQ71 |
| 183 | YUKUATONG | A3DJM7NH9CRRT0 |
| 186 | zhengzhouweiyunkejiyouxiangongsi | A3G6SIAHW6F7VR |
| 187 | ConleyA | A3GSD6KK9H8WAQ |
| 188 | yidushundianzi | A3GTMIISE5N9WW |
| 189 | huguanxianfangshengjianzhuyouxiangongsi | A3H5XXZFQEC3H5 |
| 191 | FL 7-14 delivers | A3JCOGIOHM6IQC |
| 192 | DAMINGHUOPAN | A3JIFZPRTDYF8K |
| 193 | MerAk1 | A3LCPVO8XZ0EBZ |
| 194 | zhourisonghua | A3LM96DSHFIZVR |
| 195 | ZDYDM | A3LNMFJQH65HER |
| 196 | cuantong | A3MAZV85F1P01N |
| 197 | jadvsba-sji | A3MFUGZM9WX18R |

| No. | Defendant Name | Merchant ID |
|-----|----------------|-------------|
| 198 | Oycurbe Shop | A3N4S0FJRF4KL9 |
| 199 | Saideli Select | A3NNE0I0AF2ILY |
| 200 | WANGXIN | A3NXJ6TS9L4SMQ |
| 201 | zhangjiakoutongdishangmaoyouxiangongsi | A3OGXVVKNT9SF3 |
| 202 | NSHERQ | A3OJLTCXS2ZCSE |
| 204 | Showtik | A3PW44EKYTU8BU |
| 205 | viapulsif | A3QHG8WQ5P4J5Q |
| 206 | gaoruizhen | A3RE2K5J1YO70S |
| 208 | ZenDuo | A3TJGYVYYSA4RB |
| 209 | Leekee | A3TTY1V3ROT3J6 |
| 210 | ShangHaiYuChengHuiDianZiShangWuYouXianGongSi | A3UPGU82Y3GYQW |
| 211 | molvlife | A3UWXFZCGMWGZP |
| 212 | aoqingbaihuoshanghang | A3VA72ZF193B2Q |
| 214 | DIAXXH | A3VTZ4YDL3IDD7 |
| 215 | Wassupbo | A44GMSK71YSEQ |
| 217 | D1ChenGong | A50NHZA02H64R |
| 218 | 逸界 | A6KGS3MLQAJDL |
| 219 | Linxinto | A6YA0F56W0PLD |
| 220 | huiying Dai | A79VZ7AV6LV2W |
| 221 | HeNanRuiZhiHengJiuDianGuanLiYouXianGongSi | A8097NZOAUWZM |
| 222 | Zhengzhouzhiwushangmaoyouxiangongsi | A94LAPCPB1IBL |
| 223 | Henan Stanvee Industrial Co., Ltd. | AA5K3R4QKQRYJ |

| No. | Defendant Name | Merchant ID |
|---|---|---|
| 224 | Yuehangshangmao | AA6TY2XOWJUV6 |
| 225 | JIEYED | AA72F1M8DDNVS |
| 226 | Xzztu | ABCX6OEDCM8F4 |
| 227 | txhkj | ABFHHKH1P4GI7 |
| 228 | chenglemei | ABKU2LKRMBHIL |
| 229 | XUYAA | ABMEEXJD7X0X1 |
| 230 | Sports Store of Heming | ABV5FHZ77RA7T |
| 231 | Victories Paradise | ABVOOJAF2HNKI |
| 232 | Ramonbell_ | ABXNE6ZZ2K3Z0 |
| 233 | MADAUX | AD6JUQ6TFTOZX |
| 234 | frjzhenmi | ADF6Y8O3NG62W |
| 235 | ZHENGZHOUDINGLEIDIANZIKEJIYOUXIANGONGSI | AE80I97CX23LN |
| 236 | FACH-跟卖必严惩 | AEC7FU4HEWMGO |
| 237 | yubodashangmao | AFI98PM3ORXGZ |
| 239 | muhengshang | AGN2B8FN83S8P |
| 240 | haowu10-20 days delivery | AGW5217B1SB86 |
| 241 | UrbanPulseStorex | AGYF63U0ZNUNV |
| 242 | 赵青松 | AHC4QWHR7P00W |
| 243 | YYDSGD1 | AHW2QEO3V7D4J |
| 244 | shengkeguan | AK851QQ9NBGWV |
| 245 | okey Y | ALVI03XMYPR9Y |
| 247 | PINGZHIGOU | ANEKG93LT6Q2K |
| 250 | kaaka | AQ7X6OKLSWPD0 |
| 251 | dateday | ARM0MGBENBEZ5 |

| No. | Defendant Name | Merchant ID |
|---|---|---|
| 252 | JIABANG US | ARMJTD3FWHMUQ |
| 253 | MuHaoShan | ARUYCPF8TQNCK |
| 256 | Flkaskf | ASRBH9AYI50B9 |
| 257 | JingYinZhu | ATVV2W1A11VYW |
| 258 | nanjingmanyixindianzishangwuyouxiangongsi | AUWTLP4DNB5T4 |
| 259 | JIHANGSHANGCHENG | AUXEK1ZA8WTYV |
| 260 | Taco Trade | AV25VN6WJ57Z8 |
| 261 | ZhouKouJunXinShangMaoYouXianGongSi | AV93XBRPRP5W5 |
| 262 | LGUFENGD | AWD1I6EP22IOA |
| 263 | songruibo | AWE7FAXZG0R1Z |
| 264 | weilaikeji-us | AX2BDOOLRIJEG |
| 265 | LLMYUS (9-16 Day for Delivery) | AXIEDFG943R8X |
| 266 | dianzhigongyimeishupin | AXWTZHC4JYYLK |
| 267 | YAOCANSHIYE | AZCFR2TKKT5EU |
| 268 | asevede | asevede |
| 269 | cafret | cafret |
| 270 | comcgrtin | comcgrtin |
| 271 | fatbar_42 | fatbar |
| 273 | haopoci | haopoci |
| 274 | qiedet | qiedet |
| 276 | snarapsetvb | snarapsetvb |
| 277 | toreind | toreind |
| 278 | zduojin | zduojin |
| 279 | zduoly | zduoly |

| No. | Defendant Name | Merchant ID |
|-----|----------------|-------------|
| 280 | zegxyiz | zegxyiz |
| 281 | HomeTech Team | 20968631295 |
| 282 | JOYPIC | 634418217953819 |
| 283 | Tonys Grocery | 2305292716461 |
| 284 | Legend Studio | 634418210639774 |
| 285 | wowr | 634418210707307 |
| 286 | roe si | 634418211401721 |
| 287 | EN LIN | 634418212015489 |
| 288 | SYUN LLC | 634418212286184 |
| 289 | weetto | 634418212557919 |
| 290 | LuxeLuna | 634418212789585 |
| 291 | rongxiexg | 634418213029725 |
| 292 | Brand Official Store: BAOFALI | 634418213258488 |
| 293 | Spirit Fan | 634418213842839 |
| 294 | Pure Stationery shop | 634418214232998 |
| 295 | Boan LLc | 634418214634598 |
| 296 | ZX One | 634418215142795 |
| 297 | Boan Seven | 634418215753220 |
| 298 | TT WXJ | 634418216012332 |
| 299 | BShuo SEVEN | 634418216016451 |
| 300 | XIAORAN ooo | 634418216064773 |
| 301 | BooYou | 634418216069810 |
| 302 | SummerSex | 634418216172106 |
| 303 | KM Jewelrys | 634418216275829 |
| 304 | IF TT | 634418216276646 |

16

| No. | Defendant Name | Merchant ID |
|---|---|---|
| 305 | Happy Cloudy | 634418216445998 |
| 306 | Happier Grocery | 634418216468885 |
| 307 | Lucky Cat K | 634418216475483 |
| 308 | Ultra Luck | 634418216526011 |
| 309 | SSKYLi | 634418216597112 |
| 310 | Perttypaper | 634418216657522 |
| 311 | JASKFLYI | 634418217262107 |
| 312 | Chosen Son GLY | 634418217327580 |
| 313 | EYShop | 634418217510558 |
| 314 | SSKY LNL | 634418217750491 |
| 315 | Wanxu Trading Jewelry | 634418217921310 |
| 316 | Wanxu Trading Glasses | 634418217995092 |
| 317 | VICTORR | 63441821836716 |
| 318 | PDWL | 634418218397699 |
| 319 | Very Helpful Products | 634418218434952 |
| 320 | LeibWell | 63441821886797 |
| 321 | YDPY | 634418219339434 |
| 322 | ZAAFO | 634418219389345 |
| 323 | xiao xiao hu co ltd | 634418219660452 |
| 324 | HKHUIAN | 634418220188535 |
| 325 | MINILIKE | 634418220577693 |
| 326 | SSKUGHF | 634418220931330 |
| 327 | TNG GM | 634418221254155 |
| 328 | The starting homes | 634418221487960 |
| 329 | YJSM one | 634418221765575 |

| No. | Defendant Name | Merchant ID |
|---|---|---|
| 330 | LXSM one | 634418222235982 |
| 331 | ZY GooG | 634418222237458 |
| 332 | ISLITE | 634418222522187 |
| 333 | SoYoung Shop | 634418222539692 |
| 334 | SSKY QLF | 634418222573378 |
| 335 | SSL Good | 634418222665290 |
| 336 | XX GD | 634418222668152 |
| 337 | SamsaraHub | 634418222996654 |
| 338 | MT TMT | 634418223029502 |
| 339 | Yacccy | 634418223049346 |
| 340 | Koakck | 634418223052562 |
| 341 | Sand Goods | 634418223218678 |
| 342 | JUGG K | 634418223289814 |
| 343 | ZingSpot | 634418223430430 |
| 344 | XX B | 634418223583482 |
| 345 | ChromaHome | 634418223584957 |
| 346 | EaseMart one | 634418223642507 |
| 347 | XX C | 634418223648490 |
| 348 | Haotwo | 634418223703750 |
| 349 | XX E | 634418223775245 |
| 350 | WellDone Shop | 634418223776606 |
| 351 | Keep progressing | 634418223825007 |
| 352 | HT E | 634418223838923 |
| 353 | GAI GAI GAI | 634418224019090 |
| 354 | XX I | 634418224031395 |

18

| No. | Defendant Name | Merchant ID |
|---|---|---|
| 355 | DCBHIO | 634418224162547 |
| 356 | Xingfor | 634418224163405 |
| 357 | TrendyTopDeals | 634418224198535 |
| 358 | Xixi Co Ltd | 634418224317168 |
| 359 | Kiaora Shop | 634418224353473 |
| 360 | wdsvddfhdfbh | 634418224492146 |
| 361 | shuaishuaiaini | 634418224595623 |
| 362 | ZwgCommerce | 634418224630274 |
| 363 | ZWGzhuangqian | 634418224630477 |
| 364 | VeluniRone | 634418224818114 |
| 365 | Unice shop | 634418224875336 |
| 366 | DRMAOMAO | 634418224884735 |
| 367 | TEMAON | 634418224922615 |
| 368 | vyrid | 634418224977893 |
| 369 | Nuozhan | 634418224999265 |
| 370 | RX FLY | 634418225030071 |
| 371 | GYANNN | 634418225093938 |
| 372 | QR GOOD SHOP | 634418225115127 |
| 373 | CasaWink | 634418225176576 |
| 374 | Ants move trees | 634418225181115 |
| 375 | shopdans | 634418225348337 |
| 376 | Hslo SHOP | 634418225356005 |
| 377 | YAOHUILL | 634418225358874 |
| 378 | Hxdcooomiii | 634418225566791 |
| 379 | The daily assistant you need | 634418225835328 |

| No. | Defendant Name | Merchant ID |
|---|---|---|
| 380 | Stonepoco | 634418226244728 |
| 381 | xinxindezidian | 634418226323189 |
| 382 | Rachel Grace shop | 634418226518006 |
| 383 | Isabel Marie shop | 634418226518704 |
| 384 | yaoshfafa | 634418226543770 |
| 385 | qiliuyuanbao | 634418226566630 |
| 386 | KKSDHJFAA | 634418226571522 |
| 387 | Meraki Wen | 634418226866831 |
| 388 | ZXLhund | 634418227462524 |
| 389 | ELII He | 634418209595036 |
| 390 | Pippi Rabbit | 634418211916160 |
| 391 | Mystery Corner | 634418214395359 |
| 392 | X Good | 634418215181297 |
| 393 | Front Row CPG | 634418216019622 |
| 394 | ZZ Lucky Stone | 634418216275690 |
| 395 | Beautiful X Jewelry | 634418216275731 |
| 396 | Chosen Son XNY | 634418216616027 |
| 397 | ALYANG | 634418217098033 |
| 398 | Renjin Trading Co LTD B | 634418217263308 |
| 399 | Avaeva | 634418217978646 |
| 400 | SCCLOUI | 634418218441484 |
| 401 | Alfreda | 634418220445781 |
| 402 | SportM | 634418223311769 |
| 403 | echuan | 634418223318228 |
| 404 | HT B | 634418223647281 |

| No. | Defendant Name | Merchant ID |
|---|---|---|
| 405 | XX D | 634418223733064 |
| 406 | SL G | 634418223908463 |
| 407 | Bailison | 634418224173285 |
| 408 | ML Fashion dh | 634418224600710 |
| 409 | Spark Cart | 634418225055034 |
| 410 | YYANONE | 634418225086075 |
| 411 | Tacaca | 634418225179254 |
| 412 | GXCYGS | 634418225370654 |
| 413 | LunarLoom L | 634418225984621 |
| 414 | Ju Xiao Home | 634418227232038 |
| 415 | jiaochen | 101571685 |
| 416 | ZiDanJia | 101631086 |
| 417 | HUOQU Co.Ltd | 101674379 |
| 418 | ZNNT co.Ltd | 102487887 |
| 419 | NCBFHRB | 102599189 |
| 420 | LUYJWZN Shop | 102631998 |
| 421 | yyrepc | 102742485 |
| 422 | Lucky 1998 | 102745705 |
| 423 | TANG G STOER | 102746119 |
| 425 | Tanyan | 102765997 |
| 426 | guangzhouyangjianzhangmaoyi | 102783710 |
| 427 | KidGenius | 102796946 |
| 428 | JX Internet service company | 102896039 |
| 430 | XUYAA | 102494267 |
| 431 | Henbin | 102611564 |

| No. | Defendant Name | Merchant ID |
| --- | --- | --- |
| 432 | HJ Ran De Festival Store | 102636738 |
| 433 | hongheshop | 102725774 |
| 434 | Walmart-Blank-Name | 102737252 |
| 435 | Little Bee Shop | 102741263 |
| 436 | HYYDHH | 102746195 |
| 437 | chuanla | 102767467 |
| 438 | nongshen | 102779150 |
| 439 | Shdyfg | 102779241 |
| 440 | ZSODA | 102806087 |
| 441 | Seasonal Shop1 | 102864035 |
| 442 | xunchengstore | 102886683 |
| 443 | HAJIXIN | 102889415 |
| 444 | SHUNYISHOP | 102904272 |
| 445 | cccyiinnn | 102916081 |
| 446 | HIQ-Product | 102950266 |